Decision Per Curiam.

Alice R. Dodge and Frank T. Cullens, Copartners Under the Firm Name of Dodge & Cullens, Plaintiffs in Error, vs. Genevieve Grimme, Defendant in Error.

IN BANC.

Writ of error to Circuit Court, Duval county; R. M. Call, Judge.

*W. B. Young* and *D. H. Doig,* for Plaintiffs in Error.

*John E. Hartridge,* for Defendant in Error.

**This action was brought by the defendant in error** against the plaintiff in error. There was judgment for the plaintiff, and the defendants take writ of error. Writ of error dismissed on praecipe of counsel for plaintiffs in error.